Case: 2:09-cv-00520-GLF -EPD Doc #: 32  Filed: 08/10/09 Page: 1 of 3  PAGEID #: 1297

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN w. FERRON,

    Plaintiff,

  v.

METAREWARD, INC., et al.,

    Defendants.

Case No. 2:09-cv-430
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

JOHN w. FERRON,

    Plaintiff,

  v.

ADTERACTIVE, INC., et al.,

    Defendants.

Case No. 2:09-cv-440
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

JOHN w. FERRON,

    Plaintiff,

  v.

AZOOGLE.COM, INC., et al.,

    Defendants.

Case No. 2:09-cv-512
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

**JOHN w. FERRON,**

       **Plaintiff,**

    **v.**
                                    **Case No. 2:09-cv-513**
                                          **JUDGE GREGORY L. FROST**

**SEARCH CACTUS, LLC, et al.,**
                                          **Magistrate Judge Mark R. Abel**

       **Defendants.**

**JOHN w. FERRON,**

       **Plaintiff,**

    **v.**
                                    **Case No. 2:09-cv-520**
                                          **JUDGE GREGORY L. FROST**

**WORLD AVENUE HOLDINGS, LLC, et al.,**
                                          **Magistrate Judge Mark R. Abel**

       **Defendants.**

## **ORDER**

      This matter is before the Court for consideration of the August 7, 2009 Joint Motion of Plaintiff John W. Ferron and Defendant MetaReward, Inc. to Dismiss With Prejudice Plaintiff's Claims Against Defendant MetaReward, Inc. (Doc. # 26.) Although this motion seeks dismissal pursuant to Federal Rule of Civil Procedure 41–presumably Rule 41(a)(2), specifically–the Sixth Circuit has suggested, without conclusively deciding the issue, that dismissal of all claims against a single defendant should be pursuant to Federal Rule of Civil Procedure 21. *See Letherer v. Alger Group, L.L.C.*, 328 F.3d 262, 265-66 (6th Cir. 2003), *recognized as overruled on other grounds in Blackburn v. Oaktree Capital Mgmt., LLC*, 511 F.3d 633, 636 (6th Cir. 2008). *See also AmSouth Bank v. Dale*, 386 F.3d 763, 778 (6th Cir. 2004).

      The Court assumes that the parties intended to effectuate the joint dismissal properly and


recognizes that motions are to be construed by their substantive content and not by their labels. Therefore, construing Plaintiff's filing as an unopposed motion for dismissal under Rule 21, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** the claims against MetaReward, Inc.  (Doc. # 26.)

    **IT IS SO ORDERED.**

                                           /s/ Gregory L. Frost  
                                           GREGORY L. FROST  
                                           UNITED STATES DISTRICT JUDGE

recognizes that motions are to be construed by their substantive content and not by their labels. Therefore, construing Plaintiff's filing as an unopposed motion for dismissal under Rule 21, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** the claims against MetaReward, Inc.  (Doc. # 26.)

    **IT IS SO ORDERED.**

                                           /s/ Gregory L. Frost  
                                           GREGORY L. FROST  
                                           UNITED STATES DISTRICT JUDGE