IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN w. FERRON,

    Plaintiff,

  v.

METAREWARD, INC., et al.,

    Defendants.

**Case No. 2:09-cv-430**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Mark R. Abel**

JOHN w. FERRON,

    Plaintiff,

  v.

ADTERACTIVE, INC., et al.,

    Defendants.

**Case No. 2:09-cv-440**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Mark R. Abel**

JOHN w. FERRON,

    Plaintiff,

  v.

AZOOGLE.COM, INC., et al.,

    Defendants.

**Case No. 2:09-cv-512**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Mark R. Abel**

JOHN w. FERRON,

    Plaintiff,

  v.

SEARCH CACTUS, LLC, et al.,

    Defendants.

**Case No. 2:09-cv-513**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Mark R. Abel**

JOHN w. FERRON,

**Plaintiff,**

v.

**WORLD AVENUE HOLDINGS, LLC, et al.,**

**Defendants.**

Case No. 2:09-cv-520
**JUDGE GREGORY L. FROST**
Magistrate Judge Mark R. Abel

## SCHEDULING ORDER

The Court sets the following deadlines and hearing dates:

(1) The parties will complete all non-expert discovery on or before March 15, 2010.

(2) The parties shall file all dispositive motions on or before May 3, 2010. Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), a party filing a memorandum in opposition shall do so within twenty-one (21) days from the date of service set forth in the certificate of service attached to the dispositive motion. A party filing a reply memorandum shall do so within eleven (11) days from the date of service of the memorandum in opposition.

(3) A non-oral hearing on all dispositive motions is scheduled for June 28, 2010.

(4) A final pre-trial conference is scheduled for September 27, 2010 at 1:30 p.m.

(5) The jury trial is scheduled to commence on November 8, 2010 at 9:00 a.m.

   /s/   Gregory L. Frost
Gregory L. Frost
United States District Judge